B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **RCA Capital Corp**
_____ ,
Debtor

Case No. ___**09-18884**___

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 550,000.00 | | |
| B - Personal Property | Yes | 4 | 36,290.63 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 16,528,422.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 5,145,795.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| | | Total Assets | 586,290.63 | | |
| | | Total Liabilities | | 21,674,217.02 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    **RCA Capital Corp** _____ ,    Case No. ____**09-18884**_____

_____
                        Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **RCA Capital Corp** , Case No. **09-18884**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3201 NE 31st Avenue, Lighthouse Point, FL 33064** | | **-** | **550,000.00** | 0.00 |
| **(The Debtor is the holder of an unrecorded assignment of a 50% interest in this property. The property is worth approximately $2,000,000. There is a mortgage on this property of approximately $775,000, however, the Debtor is not a borrower on the note secured by the mortgage. The value of the Debtor's interest in this property, net of the mortgage and cost of sale is estimated to be $550,000)** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **550,000.00** | (Total of this page) |
| Total > | **550,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **RCA Capital Corp**                                                               Case No.    **09-18884**
                                                                    ,
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Business Checking Account No.: 610-671-5376** | - | **Unknown** |
| | | **Capital One Business Checking Account No.: 3124053707** | - | **Unknown** |
| | | **Provident Bank Business Checking Account No.: 605409144** | - | **Unknown** |
| | | **TD Bank NA Business Checking Account No.: 3453902483** | - | **Unknown** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord for Fair Lawn, NJ premises** | - | **36,290.63** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Interest in household good and furnishings located at: 3201 NE 31 Ave, Lighthouse Point, FL 33064 (net book value as of 12/31/08 was $61,442)** | - | **Unknown** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total >  | **36,290.63** |
|---|---|---|
|  | (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __**RCA Capital Corp**_____,    Case No. ____**09-18884**_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **US Financial Corp.**<br>**Policy 000041005**<br>**Issued Feb 5, 2006**<br>**15 year term**<br>**1,500,000 death benefit on Michael Pandolfelli**<br>**Owner and Beneficiary is RCA Capital Corp.**<br>**Quarterly Premium $2542** | - | 0.00 |
| | | **US Financial Corp.**<br>**Policy # 0000452395**<br>**Issued June 25, 2007**<br>**10 year term**<br>**1,000,000 death benefit on Michael Pandolfelli**<br>**RCA Capital is owner and beneficiary**<br>**Quarterly premium $1,809.50** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Debtor is administrator of a retirement plan called RCA Capital Corporation 401k Plan** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Notes, lease and other receivables**<br>**(Gross book value as of 12/31/08 was $12,557,290)** | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __**RCA Capital Corp**_____,    Case No. ___**09-18884**_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Potential Interest in two automobiles (net book value as of 12/31/08 was $27,700) Vehicles not titled to Debtor.** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment, Furnishings and Supplies Located at Fair Lawn, NJ premises (net book value as of 12/31/08 was $102,207)** | - | **Unknown** |

Sub-Total >    **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **RCA Capital Corp** ,    Case No.    **09-18884**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >  **0.00**
(Total of this page)
Total >  **36,290.63**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **RCA Capital Corp**                                                                    Case No.    **09-18884**
_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| **Creditor #: 1** **All Points Capital Corporation** Attn: David McGowan, Assistant VP 265 Broadhollow Road P.O. Box 3914 Melville, NY 11747 | X | - | | | X | X | | | |
| | | | | Value $              0.00 | | | | 6,997,800.00 | **Unknown** |
| Account No. | | | | | | | | | |
| **Representing:** **All Points Capital Corporation** | | | | Aronsohn Weiner & Salerno, PC 263 Main Street Hackensack, NJ 07601 Attn: Gerald R. Salerno, Esq. | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Creditor #: 2** **Global Printing Equipment, Inc.** 1315 Highway 34 Farmingdale, NJ 07727 | | - | | | X | X | X | | |
| | | | | Value $              **Unknown** | | | | 600,000.00 | **Unknown** |
| Account No. | | | | | | | | | |
| **Creditor #: 3** **JP Morgan Chase Bank, N.A.** 695 Route 46 West Fairfield, NJ 07004 | X | - | | | X | X | | | |
| | | | | Value $              **Unknown** | | | | 4,878,909.00 | **Unknown** |
| _2_    continuation sheets attached | | | | Subtotal (Total of this page) | | | | 12,476,709.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **RCA Capital Corp**                                          ,    Case No.    **09-18884**
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**JP Morgan Chase Bank, N.A.** | | | **Herrick, Feinstein LLP**<br>**One Gateway Center, 22nd Floor**<br>**Newark, NJ 07102**<br>**Attn: Gary Eisenberg, Esq.**<br><br>Value $ | | | | | |
| Account No.<br>**Creditor #: 4**<br>**North Fork Bank**<br>**9025 Route 25**<br>**Mattituck, NY 11952** | | - | 10/25/01 & 4/12/06<br><br>UCC-1s- Filing Nos.: 2070899 & 23558373<br><br>Value $            0.00 | X | X | X | Unknown | Unknown |
| Account No.<br>**Creditor #: 5**<br>**Provident Bank**<br>**1000 Woodbridge Center Drive**<br>**Woodbridge, NJ 07095** | X | - | **Various Loan Agreements**<br><br><br>Value $        Unknown | X | X | | 4,051,713.00 | Unknown |
| Account No.<br><br>**Representing:**<br>**Provident Bank** | | | **Meyner and Landis LLP**<br>**One Gateway Center, Suite 2500**<br>**Newark, NJ 07102**<br>**Attn: David B. Grantz, Esq.**<br><br>Value $ | | | | | |
| Account No.<br>**Creditor #: 6**<br>**Siemens Financial Services Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** | | - | 2/13/01, 6/7/08, 1/7/08 & 1/18/08<br><br>UCC-1s-Filing Nos.: 2023987, 24197861, 24534277 & 24548724<br><br>Value $            0.00 | X | X | X | Unknown | Unknown |

Sheet   **1**   of   **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      4,051,713.00      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **RCA Capital Corp** ,                      Case No. **09-18884**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. **Creditor #: 7** TCF Equipment Finance Inc. 11100 Wayzata Blvd. Suite 801 Minnetonka, MN 55305 | - | | | | **10/10/07 through 12/29/08** **Various UCC-1s filed- See Attached Schedule D-1** | X | X | X | | |
| | | | | | Value $                    0.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 16,528,422.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

SCHEDULE D-1
TCF EQUIPMENT FINANCE, INC.
UCC-1

| Filing Date | Filing Nos. |
|---|---|
| 10/10/07 | 24397476 |
| 10/29/07 | 24426527 |
| 11/07/07 | 24440356 |
| 11/27/07 | 24467346 |
| 11/30/07 | 24474054 |
| 12/31/07 | 24516853 |
| 1/10/08 | 24535366 |
| 1/29/08 | 24563765 |
| 2/18/08 | 24591751 |
| 2/19/08 | 24597883 |
| 2/22/08 | 24599351 |
| 2/21/08 | 24605434 |
| 2/27/08 | 24605847 |
| 3/20/08 | 24644440 |
| 4/22/08 | 24694483 |
| 5/12/08 | 24727082 |
| 5/15/08 | 24734011 |
| 6/19/08 | 24792912 |
| 6/20/08 | 24795029 |
| 6/23/08 | 24798471 |
| 7/21/08 | 24851046 |
| 9/12/08 | 24940825 |
| 9/17/08 | 24947169 |
| 10/28/08 | 25001440 |
| 10/29/08 | 25002737 |
| 12/19/08 | 25067507 |
| 12/29/08 | 25071979 |

B6E (Official Form 6E) (12/07)

In re   **RCA Capital Corp**                                                    ,          Case No.   **09-18884**
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __RCA Capital Corp_____,     Case No. ___09-18884_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid Wages and Benefits | | | | | |
| Creditor #: 1 Harry J. Tomes 131 Helm Avenue Wood Ridge, NJ 07075 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | Unpaid Wages and Benefits | | | | | |
| Creditor #: 2 Lisa Pairo 25 Bohnert Place Waldwick, NJ 07463 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | Unpaid Wages and Benefits | | | | | |
| Creditor #: 3 Michael Pandolfelli 868 Trailing Ridge Road Franklin Lakes, NJ 07417 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 |  |
|---|---|---|
|  | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __RCA Capital Corp_____,    Case No. ___09-18884_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For informational purposes only | | | | | |
| Creditor #: 4<br>Internal Revenue Service<br>Chicago, IL 60680-7329 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For informational purposes only | | | | | |
| Creditor #: 5<br>New Jersey Division of Taxation<br>P.O. Box 269<br>Trenton, NJ 08695-0269 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | 0.00 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **RCA Capital Corp**                                            ,    Case No.    **09-18884**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Creditor #: 1 All in One Network Solutions P.O. Box 323 Succasunna, NJ 07876** | | - | | | Services Provided | | | | 2,435.64 |
| Account No. **Creditor #: 2 Anthony Martino P.O. Box 425 Sugar Loaf, NY 10981** | | - | | | Unpaid Wages and Benefits | | | | **Unknown** |
| Account No. **Creditor #: 3 AT&T P.O. Box 2969 Omaha, NE 68103-2969** | | - | | | Services Rendered | | | | 244.42 |
| Account No. **Creditor #: 4 Bell Press 200 Clifton Blvd # 2 Clifton, NJ 07011** | | - | | | Services Rendered | | | | 290.68 |

\_\_**10**\_\_  continuation sheets attached

Subtotal
(Total of this page)    **2,970.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:26243-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RCA Capital Corp** _____,    Case No. _____**09-18884**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 5**<br>**Board Converting News**<br>**43 Main Street**<br>**Avon By The Sea, NJ 07717** | - | | Services Rendered | | | | **1,627.50** |
| Account No.<br><br>**Creditor #: 6**<br>**Buck Sturmer & Co**<br>**521 5th Avenue**<br>**New York, NY 10175** | - | | Services Rendered | | X | | **35,000.00** |
| Account No.<br><br>**Creditor #: 7**<br>**Capitol Lien Records & Research**<br>**1010 Dale Street North**<br>**Saint Paul, MN 55117** | - | | Services Rendered | | | | **1,058.00** |
| Account No. **xx1046**<br><br>**Creditor #: 8**<br>**CT Lien Solutions**<br>**c/o Schlonger Silver Borg & O'Paine**<br>**LLP**<br>**PO Box 570548**<br>**Houston, TX 77257** | - | | Services Rendered | | | | **4,258.00** |
| Account No.<br><br>**Creditor #: 9**<br>**Cygnus Printing News**<br>**1233 Jonesville Avenue**<br>**Fort Atkinson, WI 53538** | - | | Services Rendered | | | | **703.76** |

| | | |
|---|---|---|
| Sheet no. __**1**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **42,647.26** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RCA Capital Corp**                                                    ,     Case No. ___**09-18884**___
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Unpaid Wages and Benefits | | | | |
| Creditor #: 10 David D'Arco 372 East Shore Trail Sparta, NJ 07871 | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. xxxxxxxxx7048 | | | | Services Rendered | | | | |
| Creditor #: 11 Dun & Bradstreet 5800 Airport Blvd Austin, TX 78752 | | - | | | | | X | |
| | | | | | | | | **16,862.52** |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 12 Experian 475 Anton Blvd. Costa Mesa, CA 92626 | | - | | | | | | |
| | | | | | | | | **409.38** |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 13 Fair Lawn Business Machines 13-20 River Road Fair Lawn, NJ 07410 | | - | | | | | | |
| | | | | | | | | **201.16** |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 14 Fed Ex P.O. Box 371461 Pittsburgh, PA 15250 | | - | | | | | | |
| | | | | | | | | **248.59** |

Sheet no. __**2**___ of __**10**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **17,721.65**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RCA Capital Corp**                                                          , Case No. ___**09-18884**___
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 15 Flexo Market News 43 Main Street Avon By The Sea, NJ 07717 | | - | | | | | | 2,137.50 |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 16 FSEA P.O.Box 153 Ormond Beach, FL 32175 | | - | | | | | | 1,200.00 |
| Account No. | | | | Unpaid Wages and Benefits | | | | |
| Creditor #: 17 Gerald P. Ennella 21 Holden Lane Bayville, NY 11709 | | - | | | | | | 744.61 |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 18 GIAC 318 North Albany Street Ithaca, NY 14850 | | - | | | | | | 2,547.10 |
| Account No. | | | | Insurance Premium | | | | |
| Creditor #: 19 Guardian P.O. Box 530152 Atlanta, GA 30353 | | - | | | | | | 757.06 |

Sheet no. __**3**___ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,386.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RCA Capital Corp**                                    ,    Case No. ___**09-18884**___
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 20**<br>**Haverhills Coffee Service**<br>**137 Bergenline Ave**<br>**Westwood, NJ 07675** | | - | Services Rendered | | | | 121.50 |
| Account No.<br>**Creditor #: 21**<br>**Horizon Blue Cross**<br>**PO Box 1609**<br>**Newark, NJ 07101** | | - | Services Rendered | X | X | X | 11,294.49 |
| Account No.<br>**Creditor #: 22**<br>**Hunter Higgins Miles Elam**<br>**101 West Friendly Avenue**<br>**Greensboro, NC 27401** | | - | Services Rendered | | | | Unknown |
| Account No.<br>**Creditor #: 23**<br>**Imprint Marketing Concepts**<br>**145 N. Franklin Turnpike**<br>**Ramsey, NJ 07446** | | - | Services Rendered | | | | 4,929.00 |
| Account No.<br>**Creditor #: 24**<br>**Linda Lammers**<br>**521 Piermont Avenue, Apt 527**<br>**River Vale, NJ 07675** | | - | Unpaid Wages and Benefits | | | | Unknown |

Sheet no. __**4**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            16,344.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RCA Capital Corp** _____,    Case No. ___**09-18884**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Unpaid Wages and Benefits** | | | | |
| **Creditor #: 25**<br>**Magdellina Zaremba**<br>**130 Johnson Avenue**<br>**Wallington, NJ 07057** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 26**<br>**MBO Binder GmbH & Co. KG**<br>**400 Highland Dr.**<br>**Westampton, NJ 08060** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Services Rendered** | | | | |
| **Creditor #: 27**<br>**McClosky D'Anna & Dieterle**<br>**2300 Glades Road Suite 400**<br>**East Tower**<br>**Boca Raton, FL 33431** | | - | | | | | | |
| | | | | | | | | **569.70** |
| Account No. | | | | **Trade Claim** | | | | |
| **Creditor #: 28**<br>**NEI Worldwide Graphics, LTD**<br>**c/o Richard E. Schrier, Esq.**<br>**Schrier, Fiscella & Sussman, LLC**<br>**825 East Gate Blvd, Suite 320**<br>**Garden City, NY 11530** | X | - | | | X | X | X | |
| | | | | | | | | **5,000,000.00** |
| Account No. | | | | **Services Rendered** | | | | |
| **Creditor #: 29**<br>**NV Business Publishers Corp**<br>**43 Main Street**<br>**Avon By The Sea, NJ 07717** | | - | | | | | | |
| | | | | | | | | **650.00** |

Sheet no. __**5**___ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,001,219.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RCA Capital Corp** _____,    Case No. ___**09-18884**_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Creditor #: 30** **NYS Department of State** **123 William Street** **New York, NY 10038** | | - | | | | | |
| | | | | | | | **9.00** |
| Account No. | | | **Trade Claim** | | | | |
| **Creditor #: 31** **Ohio Graphco, Inc** **c/o Scott J. Orille, Esq.** **McIntyre, Kahn & Kruse Co., LPA** **1301 East Ninth Street, Suite 2200** **Cleveland, OH 44114** | | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Insurance Premium** | | | | |
| **Creditor #: 32** **One Beacon Insurance Group** **94 Kasner Road** **P.O. Box 15006** **Albany, NY 12212** | | - | | | | | |
| | | | | | | | **4,650.00** |
| Account No. | | | **Services Rendered** | | | | |
| **Creditor #: 33** **Peretore & Peretore, PC** **191 Woodport Road** **Sparta, NJ 07871** | | - | | | | | |
| | | | | | | | **3,185.00** |
| Account No. | | | **Services Rendered** | | | | |
| **Creditor #: 34** **Pine Service** **5 Crystal Pond Road** **Southborough, MA 01772** | | - | | | | | |
| | | | | | | | **3,164.00** |

Sheet no. __6___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,008.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RCA Capital Corp**                                    , Case No.    **09-18884**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 35**<br>**Pitney Bowes**<br>**P.O. Box 856042**<br>**Louisville, KY 40285** | - | | | | | | 781.96 |
| Account No.<br><br>**Creditor #: 36**<br>**Ricoh Americas Corp**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | - | | Services Rendered | | | | 856.91 |
| Account No. xxx0016<br><br>**Creditor #: 37**<br>**RMS**<br>**305 Fellowship Road, Suite 100**<br>**Mount Laurel, NJ 08054** | - | | Services Rendered | | | | Unknown |
| Account No.<br><br>**Creditor #: 38**<br>**Security Specialist, Inc.**<br>**1340 Teaneck Rd**<br>**Teaneck, NJ 07666** | - | | Services Rendered | | | | 141.24 |
| Account No.<br><br>**Creditor #: 39**<br>**Shakeela Piotrowski**<br>**35 Corvair Place**<br>**Wayne, NJ 07470** | - | | Unpaid Wages and Benefits | | | | Unknown |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,780.11**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RCA Capital Corp**                                    ,          Case No. ___**09-18884**___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 40 Southern California Machinery Movers 9445 Ann Street Santa Fe Springs, CA 90670 | - | | | | X | X | X | |
| | | | | | | | | 1,200.00 |
| Account No. | | | | Unpaid Wages and Benefits | | | | |
| Creditor #: 41 Steven Cubellis 5 Jennifer Court Caldwell, NJ 07006 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 42 Transpect Inc 99 Jericho Turnpike Jericho, NY 11753 | - | | | | | | | |
| | | | | | | | | 1,385.00 |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 43 United Corporate Services 874 Walker Road, Suite C Dover, DE 19904 | - | | | | | | | |
| | | | | | | | | 330.00 |
| Account No. | | | | Insurance | | | | |
| Creditor #: 44 UNUM 1 Fountain Sq Chattanooga, TN 37402 | - | | | | | | | |
| | | | | | | | | 1,030.11 |

Sheet no. __**8**___ of __**10**__ sheets attached to Schedule of                                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)                    | 3,945.11 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RCA Capital Corp**                                                    ,          Case No.    **09-18884**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services Rendered | | | | |
| **Creditor #: 45**<br>**UPS**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA 19170** | | - | | | | | 3,157.88 |
| Account No. | | | Services Rendered | | | | |
| **Creditor #: 46**<br>**Vanguard Associates**<br>**c/o Eastman Management Corporation**<br>**651 West Mount Pleasant Ave, Suite 110**<br>**Livingston, NJ 07039** | | - | | | | | 31,127.22 |
| Account No. | | | Phone Service | | | | |
| **Creditor #: 47**<br>**Verizon**<br>**P.O. Box 371392**<br>**Pittsburgh, PA 15250** | | - | | | | | 1,032.00 |
| Account No. | | | Unpaid Wages and Benefits | | | | |
| **Creditor #: 48**<br>**Victoria Piotrowski**<br>**35 Corvair Place**<br>**Wayne, NJ 07470** | | - | | | | | Unknown |
| Account No. | | | Supplies | | | | |
| **Creditor #: 49**<br>**W.B. Mason Company, Inc.**<br>**P.O. Box 111**<br>**Brockton, MA 02303** | | - | | | | | 1,524.06 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **36,841.16**

B6F (Official Form 6F) (12/07) - Cont.

In re     **RCA Capital Corp**                                                          ,     Case No.     **09-18884**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 50 XO Communications 9201 North Central Expressway Dallas, TX 75231 | | - | | | | | | |
| | | | | | | | | 3,930.03 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 3,930.03 |
| Total (Report on Summary of Schedules) | | 5,145,795.02 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **RCA Capital Corp**                     ,     Case No.     **09-18884**
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Vanguard Associates**<br>**c/o Eastman Management Corporation**<br>**651 West Mount Pleasant Ave, Suite 110**<br>**Livingston, NJ 07039** | **Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **RCA Capital Corp**                                                              Case No.    **09-18884**
                                                                    ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Points Corporation**<br>**275 Broad Hollow Road**<br>**Melville, NY 11747** | **NEI Worldwide Graphics, LTD**<br>**c/o Richard E. Schrier, Esq.**<br>**Schrier, Fiscella & Sussman, LLC**<br>**825 East Gate Blvd, Suite 320**<br>**Garden City, NY 11530** |
| **JP Morgan Chase Bank, NA**<br>**900 Stewart Avenue**<br>**Garden City, NY 11530** | **NEI Worldwide Graphics, LTD**<br>**c/o Richard E. Schrier, Esq.**<br>**Schrier, Fiscella & Sussman, LLC**<br>**825 East Gate Blvd, Suite 320**<br>**Garden City, NY 11530** |
| **Michael Pandolfelli**<br>**868 Trailing Ridge Road**<br>**Franklin Lakes, NJ 07417** | **Provident Bank**<br>**1000 Woodbridge Center Drive**<br>**Woodbridge, NJ 07095** |
| **Michael Pandolfelli**<br>**868 Trailing Ridge Road**<br>**Franklin Lakes, NJ 07417** | **NEI Worldwide Graphics, LTD**<br>**c/o Richard E. Schrier, Esq.**<br>**Schrier, Fiscella & Sussman, LLC**<br>**825 East Gate Blvd, Suite 320**<br>**Garden City, NY 11530** |
| **Michael Pandolfelli**<br>**868 Trailing Ridge Road**<br>**Franklin Lakes, NJ 07417** | **All Points Capital Corporation**<br>**Attn: David McGowan, Assistant VP**<br>**265 Broadhollow Road**<br>**P.O. Box 3914**<br>**Melville, NY 11747** |
| **Michael Pandolfelli**<br>**868 Trailing Ridge Road**<br>**Franklin Lakes, NJ 07417** | **JP Morgan Chase Bank, N.A.**<br>**695 Route 46 West**<br>**Fairfield, NJ 07004** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **RCA Capital Corp**

Debtor(s)

Case No.  **09-18884**

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 1, 2009**

Signature  **/s/ Michael Pandolfelli**

**Michael Pandolfelli**
**CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **RCA Capital Corp**

Debtor(s)

Case No.  **09-18884**

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

--------------------------------------------------

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Unknown | 2009 (year-to-date)- Income from Operation of Business |
| Unknown | 2008- Income from Operation of Business |
| $4,128,284.00 | 2007- Income from Operation of Business |
| $3,811,969.00 | 2006- Income from Operation of Business |
| $3,139,937.00 | 2005- Income from Operation of Business |

### 2. Income other than from employment or operation of business


None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                        SOURCE

### 3. Payments to creditors


None

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3b** | - | **-** | **-** |

None

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3c** | - | **-** | **-** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Provident Bank v. RCA Capital Corp and Michael Pandolfelli Docket No.: HUD-L-774-09** | **Breach of Contract** | **Superior Court of New Jersey Hudson County** | **Pending** |
| **JP Morgan Chase Bank v. RCA Capital Corp. and Michael Pandolfelli Docket No.: HUD-L-774-09** | **Breach of Contract** | **Superior Court of New Jersey Hudson County** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **All Points Capital Corporation v. RCA Capital Corporation**<br>Docket No.: HUD-L-15409 | **Breach of Contract** | **Superior Court of New Jersey Hudson County** | **Pending** |
| **NEI Worldwide Graphics, LTD against RCA Capital Corp., JP Morgan Chase Bank, NA, as assignee of RCA Capital Corp., All Points Capital Corporation, as assignee of RCA Capital Corp, Michael Pandolfelli, individually and as Chief Executive Officer of RCA Capital Corp.**<br>Index No.: 32412-09 | **Breach of Contract** | **Supreme Court of the State of New York County of Nassau** | **Pending** |
| **Ohio Graphco, Inc., et al. v. RCA Capital Corporation, et al.**<br>Case No.: 09CV686810 | **Breach of Contract** | **Court of Common Pleas Cuyahoga County, Ohio** | **Pending** |
| **Ohio Graphco, Inc. et al v. RCA Capital Corporation, et al**<br>Case No.: 09-cv-41 | **Contract** | **United States District Court Western District of Kentucky** | **Pending** |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Provident Bank**<br>**1000 Woodbridge Center Drive**<br>**Woodbridge, NJ 07095** | **unknown** | **unknown** |
| **All Points Capital**<br>**Attn: David McGowan, Assistant VP**<br>**265 Broadhollow Road**<br>**P.O. Box 3914**<br>**Melville, NY11747** | **unknown** | **unknown** |
| **J.P. Morgan Chase Bank, N.A.**<br>**695 Route 46 West**<br>**Fairfield, NJ 07004** | **unknown** | **unknown** |

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

4

**6. Assignments and receiverships**

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Forman Holt Eliades & Ravin LLC**<br>**80 Route 4 East**<br>**Suite 290**<br>**Paramus, NJ 07652** | **4/8/09**<br><br>**Sunshine Atkins Minassian & Tafuri, PA** | **$5,000** |
| **Forman Holt Eliades & Ravin LLC**<br>**80 Route 4 East**<br>**Suite 290**<br>**Paramus, NJ 07652** | **1/19/09** | **$10,000** |
| **Forman Holt Eliades & Ravin LLC**<br>**80 Route 4 East**<br>**Suite 290**<br>**Paramus, NJ 07652** | **12/18/08** | **$10,000** |

5

**10. Other transfers**

None 

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None 

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None 

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

6

**16. Spouses and Former Spouses**


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None 

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Buck, Sturmer & Co, PC**<br>**521 5th Avenue**<br>**Suite 2100**<br>**New York, NY 10105-2191** | **through 5-9-07** |
| **Harry Tomes**<br>**c/o RCA Capital Corp**<br>**21-00 State Route 208**<br>**Fair Lawn, NJ 07410** | **5-1-07 to 3/09** |

None

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Buck Sturmer & Co, PC** | **521 5th Avenue**<br>**Suite 2100**<br>**New York, NY 10105** | **through 5-9-07** |
| **Harry Tomes** | **c/o RCA Capital Corp**<br>**21-00 State Route 208**<br>**Fair Lawn, NJ 07410** | **5-1-07 to 3/09** |

8

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Buck, Sturmer & Co, PC** | **521 5th Avenue**<br>**Suite 2100**<br>**New York, NY 10105** |
| **Harry Tomes** | **c/o RCA Capital Corp**<br>**21-00 State Route 208**<br>**Fair Lawn, NJ 07410** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Undetermined** | |

### 20. Inventories

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|------------------|

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Michael Pandolfelli** | **CEO** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **Gerald P. Ennella** | **Vice President** | **12-1-08** |
| **Anthony Martino** | **Executive Vice President** | **12/08** |

9

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Steven Cubellis** | **Secretary/Senior Vice President** | **12/08** |
| **David D'Arco** | **Vice President/Sales** | **12/08** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☐  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **RCA Capital Coporation 401k Plan**<br>**c/o Red Bank Pension Services, Inc.**<br>**2 Hartford Dr # 101**<br>**Red Bank, NJ 07701**<br>**Attn: Olga Kacsvarova** | |

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature   **/s/ Michael Pandolfelli**
                                                         _____
                                                         **Michael Pandolfelli**
                                                         **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | **RCA Capital Corp** | Case No. | **09-18884** |
| | Debtor(s) | Chapter | **7** |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept........................................................ $ _____**4,701.00**

   Prior to the filing of this statement I have received............................................ $ _____**4,701.00**

   Balance Due........................................................................................................ $ _____**0.00**

2.  $___**299.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **(A) Analyze and discuss debtor's financial situation; prepare and file debtor's Chapter 7 petition, schedules, and statement of financial affairs;**
        **(B) Notify secured parties, attorneys and interested parties, if appropriate, of the filing and the effect of the automatic stay;**
        **(C) Represent debtor at one initial 11 U.S.C. § 341(a) meeting of creditors and provide requested documents to the trustee;**
        **(D) Interact with the trustee in connection with this proceeding; and**
        **(E) Provide general guidance in connection with the proceeding.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **(A) Defending adversary proceedings commenced by creditors or the trustee including, but not limited to, objections to debtor's discharge or the dischargeability of a debt.**
    **(B) Preparing complaints or motions to avoid a lien or judgment, appearing at pretrial conferences, and taking the matter through trial stage.**
    **(C) Preparing motions in support of the petition or to reduce or expunge a claim, demand turnover of assets, enforce recovery of assets, or similar affirmative or defensive relief; and related court appearances.**
    **(D) Preparing motions with respect to a creditor's violation of automatic stay; and related court appearances.**
    **(E) Defending motions to modify the automatic stay or dismiss debtor's case and related court appearances.**
    **(F) Preparing a motion to reopen debtor's case in the event debtor's case is closed without the issuance of a discharge.**
    **(G) Amending debtor's Schedules to add an asset, debt, creditor or exemption.**
    **(H) Attending an adjourned 11 U.S.C. § 341(a) meeting caused by debtor's failure to appear at the initial meeting.**
    **(I) Representing debtor in connection with a Reaffirmation Agreement.**
    **(J) Representing debtor in connection with a Rule 2004 subpoena for examination and/or production of documents.**
    **(K) Converting to a Chapter 11 or 13 case.**

In re    **RCA Capital Corp**
_____
Debtor(s)

Case No.    **09-18884**
_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 1, 2009**
_____

**/s/ Daniel M. Eliades**
_____
**Daniel M. Eliades DME-6203**
**Forman Holt Eliades & Ravin LLC**
**80 Route 4 East**
**Suite 290**
**Paramus, NJ 07652**
**(201) 845-1000   Fax: (201) 845-9112**

---

## United States Bankruptcy Court
### District of New Jersey

In re  **RCA Capital Corp**

Debtor(s)

Case No.  **09-18884**

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 1, 2009**

**/s/ Michael Pandolfelli**
**Michael Pandolfelli**/**CEO**
Signer/Title

All in One Network Solutions
P.O. Box 323
Succasunna, NJ 07876


All Points Capital Corporation
Attn: David McGowan, Assistant VP
265 Broadhollow Road
P.O. Box 3914
Melville, NY 11747


All Points Corporation
275 Broad Hollow Road
Melville, NY 11747


Anthony Martino
P.O. Box 425
Sugar Loaf, NY 10981


Aronsohn Weiner & Salerno, PC
263 Main Street
Hackensack, NJ 07601
Attn: Gerald R. Salerno, Esq.


AT&T
P.O. Box 2969
Omaha, NE 68103-2969


Bell Press
200 Clifton Blvd # 2
Clifton, NJ 07011


Board Converting News
43 Main Street
Avon By The Sea, NJ 07717


Buck Sturmer & Co
521 5th Avenue
New York, NY 10175


Capitol Lien Records & Research
1010 Dale Street North
Saint Paul, MN 55117

CT Lien Solutions
c/o Schlonger Silver Borg & O'Paine LLP
PO Box 570548
Houston, TX 77257


Cygnus Printing News
1233 Jonesville Avenue
Fort Atkinson, WI 53538


David D'Arco
372 East Shore Trail
Sparta, NJ 07871


Dun & Bradstreet
5800 Airport Blvd
Austin, TX 78752


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


Fair Lawn Business Machines
13-20 River Road
Fair Lawn, NJ 07410


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250


Flexo Market News
43 Main Street
Avon By The Sea, NJ 07717


FSEA
P.O.Box 153
Ormond Beach, FL 32175


Gerald P. Ennella
21 Holden Lane
Bayville, NY 11709


GIAC
318 North Albany Street
Ithaca, NY 14850

Global Printing Equipment, Inc.
1315 Highway 34
Farmingdale, NJ 07727


Guardian
P.O. Box 530152
Atlanta, GA 30353


Harry J. Tomes
131 Helm Avenue
Wood Ridge, NJ 07075


Haverhills Coffee Service
137 Bergenline Ave
Westwood, NJ 07675


Herrick, Feinstein LLP
One Gateway Center, 22nd Floor
Newark, NJ 07102
Attn: Gary Eisenberg, Esq.


Horizon Blue Cross
PO Box 1609
Newark, NJ 07101


Hunter Higgins Miles Elam
101 West Friendly Avenue
Greensboro, NC 27401


Imprint Marketing Concepts
145 N. Franklin Turnpike
Ramsey, NJ 07446


Internal Revenue Service
Chicago, IL 60680-7329


JP Morgan Chase Bank, N.A.
695 Route 46 West
Fairfield, NJ 07004


JP Morgan Chase Bank, NA
900 Stewart Avenue
Garden City, NY 11530

Linda Lammers
521 Piermont Avenue, Apt 527
River Vale, NJ 07675


Lisa Pairo
25 Bohnert Place
Waldwick, NJ 07463


Magdellina Zaremba
130 Johnson Avenue
Wallington, NJ 07057


MBO Binder GmbH & Co. KG
400 Highland Dr.
Westampton, NJ 08060


McClosky D'Anna & Dieterle
2300 Glades Road Suite 400
East Tower
Boca Raton, FL 33431


Meyner and Landis LLP
One Gateway Center, Suite 2500
Newark, NJ 07102
Attn: David B. Grantz, Esq.


Michael Pandolfelli
868 Trailing Ridge Road
Franklin Lakes, NJ 07417


NEI Worldwide Graphics, LTD
c/o Richard E. Schrier, Esq.
Schrier, Fiscella & Sussman, LLC
825 East Gate Blvd, Suite 320
Garden City, NY 11530


New Jersey Division of Taxation
P.O. Box 269
Trenton, NJ 08695-0269


North Fork Bank
9025 Route 25
Mattituck, NY 11952

NV Business Publishers Corp
43 Main Street
Avon By The Sea, NJ 07717


NYS Department of State
123 William Street
New York, NY 10038


Ohio Graphco, Inc
c/o Scott J. Orille, Esq.
McIntyre, Kahn & Kruse Co., LPA
1301 East Ninth Street, Suite 2200
Cleveland, OH 44114


One Beacon Insurance Group
94 Kasner Road
P.O. Box 15006
Albany, NY 12212


Peretore & Peretore, PC
191 Woodport Road
Sparta, NJ 07871


Pine Service
5 Crystal Pond Road
Southborough, MA 01772


Pitney Bowes
P.O. Box 856042
Louisville, KY 40285


Provident Bank
1000 Woodbridge Center Drive
Woodbridge, NJ 07095


Ricoh Americas Corp
P.O. Box 41602
Philadelphia, PA 19101


RMS
305 Fellowship Road, Suite 100
Mount Laurel, NJ 08054

Security Specialist, Inc.
1340 Teaneck Rd
Teaneck, NJ 07666


Shakeela Piotrowski
35 Corvair Place
Wayne, NJ 07470


Siemens Financial Services Inc.
170 Wood Avenue South
Iselin, NJ 08830


Southern California Machinery Movers
9445 Ann Street
Santa Fe Springs, CA 90670


Steven Cubellis
5 Jennifer Court
Caldwell, NJ 07006


TCF Equipment Finance Inc.
11100 Wayzata Blvd. Suite 801
Minnetonka, MN 55305


Transpect Inc
99 Jericho Turnpike
Jericho, NY 11753


United Corporate Services
874 Walker Road, Suite C
Dover, DE 19904


UNUM
1 Fountain Sq
Chattanooga, TN 37402


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170


Vanguard Associates
c/o Eastman Management Corporation
651 West Mount Pleasant Ave, Suite 110
Livingston, NJ 07039

Verizon
P.O. Box 371392
Pittsburgh, PA 15250


Victoria Piotrowski
35 Corvair Place
Wayne, NJ 07470


W.B. Mason Company, Inc.
P.O. Box 111
Brockton, MA 02303


XO Communications
9201 North Central Expressway
Dallas, TX 75231

# United States Bankruptcy Court
### District of New Jersey

In re  **RCA Capital Corp**

Debtor(s)

Case No. **09-18884**

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RCA Capital Corp**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 1, 2009**

Date

**/s/ Daniel M. Eliades**

**Daniel M. Eliades DME-6203**

Signature of Attorney or Litigant

Counsel for   **RCA Capital Corp**

**Forman Holt Eliades & Ravin LLC**

**80 Route 4 East**
**Suite 290**
**Paramus, NJ 07652**
**(201) 845-1000 Fax:(201) 845-9112**