

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

A. ATKINS APPRAISAL CORPORATION
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

In Re:

RCA CAPITAL CORP.,

Debtor.

Case No.: 09-18884

Chapter : 7

Hearing Date:

Hon. DHS

## PETITION FOR ALLOWANCE TO APPRAISER

The petition of A. Atkins Appraisal Corporation respectfully represents:

1. That your petitioner was the person employed by Order of the Court dated September 29, 2009 to appraise the assets of the above debtor.

2. That the following is a breakdown of services rendered:

08/12/2009   Inventory and Appraise Office Furniture and Equipment
             Located at 21-00 State Route 208, Fair Lawn, N.J.
             • Alan Atkins 2 hrs. @ $ 200.00/hr... ... ... ... ... ... ... ... ..... $   400.00

             This includes detailing the name, model and description
             of the equipment.

FILED
JAMES J. WALDRON, CLERK
OCT 1 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

A. ATKINS APPRAISAL CORPORATION
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

In Re:

RCA CAPITAL CORP.,

Debtor.

Case No.: 09-18884

Chapter : 7

Hearing Date:

Hon. DHS

## PETITION FOR ALLOWANCE TO APPRAISER

The petition of A. Atkins Appraisal Corporation respectfully represents:

1. That your petitioner was the person employed by Order of the Court dated September 29, 2009 to appraise the assets of the above debtor.

2. That the following is a breakdown of services rendered:

08/12/2009    Inventory and Appraise Office Furniture and Equipment
              Located at 21-00 State Route 208, Fair Lawn, N.J.
              • Alan Atkins 2 hrs. @ $ 200.00/hr............................ $  400.00

              This includes detailing the name, model and description
              of the equipment.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| FEITLIN, YOUNGMAN, KARAS & YOUNGMAN<br>9-10 Saddle River Road<br>Fair Lawn, NJ 07410<br>Attorneys for Catherine E. Youngman, Trustee<br>(201)791-4400 | |
| In Re:<br><br>RCA CAPITAL CORP. | Case No.: 09-18884 (DHS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Hon. Donald H. Steckroth |

Order Filed on 9/29/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER AUTHORIZING EMPLOYMENT OF A. ATKINS APPRAISAL CORPORATION AS APPRAISER**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 9/29/2009**

Honorable Donald H. Steckroth
United States Bankruptcy Judge